**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Daniel D. Rodgers                      CHAPTER 13
        Kathleen M. Rodgers
                Debtor(s)                   BKY. NO. 20-10574 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                              Respectfully submitted,

                                              /s/ Brian C. Nicholas
                                              Brian Nicholas
                                              21 Sep 2020, 08:26:07, EDT

                                        Brian C. Nicholas, Esquire
                                        Attorney I.D. No. 317240
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        412-430-3594
                                        bkgroup@kmllawgroup.com