**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Daniel D. Rodgers**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–2315**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Kathleen M Rodgers**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–2147**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13**  **8/28/20** |
| Case number:  **20–10574–TPA** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel D. Rodgers | Kathleen M Rodgers |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 321 Home Street<br>Mercer, PA 16137 | 321 Home Street<br>Mercer, PA 16137 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335 | Contact phone 814.724.1165<br><br>Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 9/22/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 27, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/28/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/6/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/24/21** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/27/20** at **10:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Daniel D. Rodgers  
Kathleen M Rodgers  
    Debtors

Case No. 20-10574-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 2     Date Rcvd: Sep 22, 2020  
                    Form ID: 309I    Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2020.

```
db/jdb     +Daniel D. Rodgers,    Kathleen M Rodgers,    321 Home Street,    Mercer, PA 16137-1311
tr         +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15282200   +Aes/PNC National City,    PO Box 61047,    Harrisburg, PA 17106-1047
15282199   +Aes/pheaafrn,    PO Box 61047,    Harrisburg, PA 17106-1047
15282207   +Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
15282208   +Fedloan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
15282209   +Hermitage Dermatology,    2501 Shenango Valley Freeway #1,    Hermitage, PA 16148-2536
15282211   +Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, PA 16137-1223
15282212   +Odhstrmbul,    106 High Street, NW,    Warren, OH 44481-1071
15282214   +PNC Bank,    P.O.Box 6534,    Carol Stream, IL 60197-6534
15282215   +Quality Asset Recovery,    7 Foster Ave,    Gibbsboro, NJ 08026-1191
15282220   +Tbom/atls/fortiva,    PO Box 105555,    Atlanta, GA 30348-5555
15282221   +US Department of Education,    PO Box 5200,    Greenville, TX 75403-5200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         E-mail/Text: dan@mrdebtbuster.com Sep 23 2020 04:21:42     Daniel P. Foster,
              Foster Law Offices,    1210 Park Avenue,    Meadville, PA  16335
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2020 04:22:07
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2020 04:22:07     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 23 2020 04:22:17
              Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
cr          +EDI: PRA.COM Sep 23 2020 07:53:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
15286347    EDI: GMACFS.COM Sep 23 2020 07:53:00      Ally Bank Lease Trust,    PO Box 130424,
              Roseville MN 55113-0004
15282201   +EDI: GMACFS.COM Sep 23 2020 07:53:00      Ally Financial,    P.o. Box 380901,
              Bloomington, MN 55438-0901
15282202   +EDI: CAPITALONE.COM Sep 23 2020 07:53:00      Capital One Bank USA,    PO Box 30281,
              Salt Lake City, UT 84130-0281
15282203   +EDI: WFNNB.COM Sep 23 2020 07:53:00      Comenitycb/dntfirst,    PO Box 182120,
              Columbus, OH 43218-2120
15282204   +E-mail/PDF: creditonebknotifications@resurgent.com Sep 23 2020 04:23:53     Credit One Bank Na,
              PO Box 98872,    Las Vegas, NV 89193-8872
15282205   +E-mail/Text: electronicbkydocs@nelnet.net Sep 23 2020 04:22:24     Dept Of Ed/582/nelnet,
              PO Box 82561,    Lincoln, NE 68501-2561
15282206   +E-mail/Text: electronicbkydocs@nelnet.net Sep 23 2020 04:22:24     Dpednelnet,    PO Box 82561,
              Lincoln, NE 68501-2561
15282210   +E-mail/Text: PBNCNotifications@peritusservices.com Sep 23 2020 04:21:52     Kohls/Capital One,
              PO Box 3115,    Milwaukee, WI 53201-3115
15284675    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 23 2020 04:23:55     LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15282213   +EDI: AGFINANCE.COM Sep 23 2020 07:53:00      Onemain Financial,    PO Box 1010,
              Evansville, IN 47706-1010
15282216   +EDI: RMSC.COM Sep 23 2020 07:53:00      Syncb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
15282217   +EDI: RMSC.COM Sep 23 2020 07:53:00      Syncb/sams Club Dc,    PO Box 965005,
              Orlando, FL 32896-5005
15282856   +EDI: RMSC.COM Sep 23 2020 07:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
15282218   +EDI: RMSC.COM Sep 23 2020 07:53:00      Synchrony Bank/Home DSN Outdoor,    Po Box 965036,
              Orlando, FL 32896-5036
15282219   +EDI: RMSC.COM Sep 23 2020 07:53:00      Synchrony Bank/JC Penney,    PO Box 965007,
              Orlando, FL 32896-5007
                                                                                               TOTAL: 20
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: culy                Page 2 of 2             Date Rcvd: Sep 22, 2020
                               Form ID: 309I             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Kathleen M Rodgers dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              Daniel P. Foster    on behalf of Debtor Daniel D. Rodgers dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 4
```