*FILING FEE PAID*    (Yes) / No

FILED
10/30/20 9:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Rodgers, Daniel + Kathleen    JAD/**TPA**/CMB/GLT

Case Number: 20-10574

Date of Meeting: 10 / 27 / 20    Recording # _____
Debtor(s) present ✓ or Not Present ___ ( __ No Payments Made or ___ partial payments)
Attorney for debtor(s) Foster, Dan    (Present ___ or Not Present ___)
Date of Plan at § 341: _____    Applicable commitment period ___ 3 yrs ___ 5 yrs

filed on eve of a fox sale

✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
✓ Amended Plan due: 11-15-20 ; Objections due: 11-25-20

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
___ 341 Meeting  OR  ✓ Conciliation Conf. OR ___ *Contested Hearing
On 12-1-20    at 10:30 am/pm Location Zoom

Chapter 13 Trustee/Attorney for Trustee