IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-10574-TPA |
| Daniel D. Rodgers ) | |
| Kathleen M. Rodgers ) | |
| ) | Chapter 13 |
| Debtors ) | Document No. _____ |
| ) | Related to Document No. 31 |

CONSENT ORDER MODIFYING MARCH 17, 2021 ORDER

AND NOW, this _____ day of _____, 2021, upon consent of the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated March 17, 2021 it is

ORDERED that Part "A.5." be amended to add the following: PNC Bank (Claim No. 4) shall be paid as a long term continuing debt with payments determined by the Plan. It is further

ORDERED that Part "A.5." be amended to add the following: The Plan provision for Mercer County TCB in §3.3 of the Plan is STRICKEN as duplicative of §3.6. It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The March 17, 2021 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Daniel P. Foster
Daniel P. Foster, Esquire (PA I.D. #92376)
Attorney for the debtor
Foster Law Offices
Po Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com