FILED
6/8/21 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-10574-TPA |
| Daniel D. Rodgers ) | |
| Kathleen M. Rodgers ) | |
| ) | Chapter 13 |
| Debtors ) | Document No. _____ |
| ) | Related to Document No. 31, 34 |

## CONSENT ORDER MODIFYING MARCH 17, 2021 ORDER

AND NOW, this ___8 th___ day of _____June_____, 2021, upon consent of the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated March 17, 2021 it is

ORDERED that Part "A.5." be amended to add the following: PNC Bank (Claim No. 4) shall be paid as a long term continuing debt with payments determined by the Plan. It is further

ORDERED that Part "A.5." be amended to add the following: The Plan provision for Mercer County TCB in §3.3 of the Plan is STRICKEN as duplicative of §3.6. It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The March 17, 2021 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

jlm

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Daniel P. Foster
Daniel P. Foster, Esquire (PA I.D. #92376)
Attorney for the debtor
Foster Law Offices
Po Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10574-TPA |
| Daniel D. Rodgers | Chapter 13 |
| Kathleen M Rodgers | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 1 of 3 |
| Date Rcvd: Jun 08, 2021 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel D. Rodgers, Kathleen M Rodgers, 321 Home Street, Mercer, PA 16137-1311 |
| 15282200 | + | Aes/PNC National City, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15282199 | + | Aes/pheaafrn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15307696 | | Capital One N.A., Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15282207 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15282208 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15282209 | + | Hermitage Dermatology, 2501 Shenango Valley Freeway #1, Hermitage, PA 16148-2536 |
| 15282211 | + | Mercer County Tax Claim Bureau, 3 Courthouse, Mercer, PA 16137-1223 |
| 15282212 | + | Odhstrmbul, 106 High Street, NW, Warren, OH 44481-1071 |
| 15282214 | + | PNC Bank, P.O.Box 6534, Carol Stream, IL 60197-6534 |
| 15282215 | + | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 15282220 | + | Tbom/atls/fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 15296823 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15282221 | + | US Department of Education, PO Box 5200, Greenville, TX 75403-5200 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 09 2021 01:58:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15286347 | | Email/Text: ally@ebn.phinsolutions.com | Jun 09 2021 02:15:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15282201 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 09 2021 02:15:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15298304 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 09 2021 01:59:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15282202 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 09 2021 01:58:36 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15282203 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 09 2021 02:16:00 | Comenitycb/dntfirst, PO Box 182120, Columbus, OH 43218-2120 |
| 15282204 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 09 2021 01:55:59 | Credit One Bank Na, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15282205 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 09 2021 02:16:00 | Dept Of Ed/582/nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15282206 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 09 2021 02:16:00 | Dpednelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15282210 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 09 2021 02:15:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15284675 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 09 2021 01:56:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15294396 | + | Email/PDF: cbp@onemainfinancial.com | Jun 09 2021 01:55:52 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15282213 | + | Email/PDF: cbp@onemainfinancial.com | Jun 09 2021 01:58:29 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15294643 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 09 2021 02:16:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15304727 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2021 01:58:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15305161 | | Email/Text: bnc-quantum@quantum3group.com | Jun 09 2021 02:16:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15282216 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2021 01:55:55 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15282217 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2021 01:55:55 | Syncb/sams Club Dc, PO Box 965005, Orlando, FL 32896-5005 |
| 15305381 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2021 01:55:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15282856 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2021 01:55:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15282218 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2021 01:58:32 | Synchrony Bank/Home DSN Outdoor, Po Box 965036, Orlando, FL 32896-5036 |
| 15282219 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2021 01:58:32 | Synchrony Bank/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OneMain Financial Group, LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021                    Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-1 | User: culy | Page 3 of 3
Date Rcvd: Jun 08, 2021 | Form ID: pdf900 | Total Noticed: 36

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Kathleen M Rodgers dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Daniel D. Rodgers dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Keri P. Ebeck | on behalf of Creditor OneMain Financial Group LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6