**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DANIEL D. RODGERS                                              Case No. 20-10574JCM
KATHLEEN M RODGERS

              Debtor(s)
RONDA J. WINNECOUR,                                            Chapter 13
Standing Chapter 13 Trustee,

              Movant                              Document No __
        vs.
MERCER COUNTY TAX CLAIM BUREAU

             Respondents

## NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

      The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

MERCER COUNTY TAX CLAIM BUREAU                    Court claim# 7/Trustee CID# 3
3 MERCER COUNTY COURTHOUSE
MERCER, PA 16137

The Movant further certifies that on 07/10/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
DANIEL D. RODGERS, KATHLEEN M RODGERS, 321 HOME STREET, MERCER, PA  16137

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA 16335

ORIGINAL CREDITOR:
MERCER COUNTY TAX CLAIM BUREAU, MERCER COUNTY COURTHOUSE, MERCER, PA  16137

NEW CREDITOR: