Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Daniel D. Rodgers** | : | Case No. 20−10574−JCM |
| **Kathleen M Rodgers** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 53 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 12/2/25 at 09:30 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 25th of September, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 53 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before November 10, 2025**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **December 2, 2025 at 09:30 AM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's **Certificate of Discharge Eligibility** or **Certificate of Financial Management** are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10574-JCM |
| Daniel D. Rodgers | Chapter 13 |
| Kathleen M Rodgers | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3
Date Rcvd: Sep 25, 2025      Form ID: 300a      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel D. Rodgers, Kathleen M Rodgers, 321 Home Street, Mercer, PA 16137-1311 |
| 15307696 | | Capital One N.A., Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15282207 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15282208 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15282209 | + | Hermitage Dermatology, 2501 Shenango Valley Freeway #1, Hermitage, PA 16148-2536 |
| 15282211 | ++++ | MERCER COUNTY TAX CLAIM BUREAU, 125 S DIAMOND ST STE 3, MERCER PA 16137-1220 address filed with court:, Mercer County Tax Claim Bureau, 3 Courthouse, Mercer, PA 16137 |
| 15282212 | + | Odhstrmbul, 106 High Street, NW, Warren, OH 44481-1071 |
| 15282214 | + | PNC Bank, P.O.Box 6534, Carol Stream, IL 60197-6534 |
| 15282221 | + | US Department of Education, PO Box 5200, Greenville, TX 75403-5200 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2025 00:27:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15282200 | + | Email/Text: bncnotifications@pheaa.org | Sep 26 2025 00:39:00 | Aes/PNC National City, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15282199 | + | Email/Text: bncnotifications@pheaa.org | Sep 26 2025 00:39:00 | Aes/pheaafrn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15286347 | | Email/Text: ally@ebn.phinsolutions.com | Sep 26 2025 00:39:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15282201 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 26 2025 00:39:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15298304 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2025 00:26:33 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15282202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2025 00:44:59 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15282203 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 26 2025 00:39:00 | Comenitycb/dntfirst, PO Box 182120, Columbus, OH 43218-2120 |
| 15282204 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2025 00:28:07 | Credit One Bank Na, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15282205 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 26 2025 00:40:00 | Dept Of Ed/582/nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15282206 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

| Recip ID | | Notice Type | Sent Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 26 2025 00:40:00 | Dpednelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15282210 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2025 00:27:36 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15284675 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2025 00:26:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15294396 | + | Email/PDF: cbp@omf.com | Sep 26 2025 00:45:27 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15282213 | + | Email/PDF: cbp@omf.com | Sep 26 2025 00:45:04 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15294643 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2025 00:39:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15304727 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2025 00:46:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15282215 | ^ | MEBN | Sep 26 2025 00:16:02 | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 15305161 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2025 00:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15282216 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 00:47:18 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15282217 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 00:48:50 | Syncb/sams Club Dc, PO Box 965005, Orlando, FL 32896-5005 |
| 15282856 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 26 2025 00:48:05 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15282218 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 01:09:40 | Synchrony Bank/Home DSN Outdoor, Po Box 965036, Orlando, FL 32896-5036 |
| 15282219 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 00:46:43 | Synchrony Bank/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 15282220 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 26 2025 00:39:00 | Tbom/atls/fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 15296823 | | Email/Text: BNCnotices@dcmservices.com | Sep 26 2025 00:39:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OneMain Financial Group, LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15305381 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: 300a | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:**

**Name**         **Email Address**

Daniel P. Foster
   on behalf of Joint Debtor Kathleen M Rodgers dan@mrdebtbuster.com
   katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
   on behalf of Debtor Daniel D. Rodgers dan@mrdebtbuster.com
   katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Keri P. Ebeck
   on behalf of Creditor OneMain Financial Group LLC kebeck@bernsteinlaw.com,
   btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com


TOTAL: 6