**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DANIEL D. RODGERS
KATHLEEN M RODGERS
　　　　Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
　　　　Movant
　　vs.
No Respondents.

Case No.:20-10574

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.　The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.　The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.　Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.　After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

September 25, 2025

/s/　Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/28/2020 and confirmed on 12/4/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 118,500.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 118,500.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 5,987.08 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,987.08 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 28,582.00 | 0.00 | 28,582.00 |
|     Acct: 7108 | | | | |
|   MERCER COUNTY TAX CLAIM BUREAU | 41,622.80 | 41,622.80 | 13,442.42 | 55,065.22 |
|     Acct: 8050 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 18,275.00 | 18,275.00 | 1,849.70 | 20,124.70 |
|     Acct: 5635 | | | | |
|   ALLY BANK LEASE TRUST** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1661 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7108 | | | | |
| | | | | 103,771.92 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL D. RODGERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ALLY BANK LEASE TRUST** | 6,894.73 | 1,351.92 | 0.00 | 1,351.92 |
|     Acct: 1661 | | | | |
|   CREDITOR INFORMATION MISSING OR V | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 8,911.12 | 1,747.29 | 0.00 | 1,747.29 |
|     Acct: 8694 | | | | |
|   QUANTUM3 GROUP LLC - AGENT FOR C( | 1,905.20 | 373.57 | 0.00 | 373.57 |
|     Acct: 0490 | | | | |
|   LVNV FUNDING LLC | 1,351.86 | 265.07 | 0.00 | 265.07 |
|     Acct: 2449 | | | | |
|   FEDERAL LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |

20-10574                                                                                                                    Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0002 | | | | |
|   FEDERAL LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0006 | | | | |
|   FEDERAL LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0007 | | | | |
|   FEDERAL LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
|   FEDERAL LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
|   FEDERAL LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
|   FEDERAL LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
|   CAPITAL ONE NA** | 547.99 | 107.45 | 0.00 | 107.45 |
| Acct: 1814 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 6,700.76 | 1,313.89 | 0.00 | 1,313.89 |
| Acct: 5635 | | | | |
|   QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7174 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,270.05 | 249.03 | 0.00 | 249.03 |
| Acct: 6553 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8761 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7269 | | | | |
|   UPMC HEALTH SERVICES | 187.01 | 36.67 | 0.00 | 36.67 |
| Acct: 2147 | | | | |
|   SYNCHRONY BANK BY AIS INFOSOURCE | 1,510.14 | 296.11 | 0.00 | 296.11 |
| Acct: 4814 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0761 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,741.00 |

TOTAL PAID TO CREDITORS                                                                                                 109,512.92

TOTAL CLAIMED
  PRIORITY            0.00
  SECURED        59,897.80
  UNSECURED      29,278.86

Date: 09/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   DANIEL D. RODGERS
   KATHLEEN M RODGERS
       Debtor(s)

Ronda J. Winnecour
       Movant
   vs.
No Repondents.

Case No.:20-10574

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10574-JCM |
| Daniel D. Rodgers | Chapter 13 |
| Kathleen M Rodgers | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 25, 2025 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel D. Rodgers, Kathleen M Rodgers, 321 Home Street, Mercer, PA 16137-1311 |
| 15307696 | | Capital One N.A., Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15282207 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15282208 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15282209 | + | Hermitage Dermatology, 2501 Shenango Valley Freeway #1, Hermitage, PA 16148-2536 |
| 15282211 | ++++ | MERCER COUNTY TAX CLAIM BUREAU, 125 S DIAMOND ST STE 3, MERCER PA 16137-1220 address filed with court:, Mercer County Tax Claim Bureau, 3 Courthouse, Mercer, PA 16137 |
| 15282212 | + | Odhstrmbul, 106 High Street, NW, Warren, OH 44481-1071 |
| 15282214 | + | PNC Bank, P.O.Box 6534, Carol Stream, IL 60197-6534 |
| 15282221 | + | US Department of Education, PO Box 5200, Greenville, TX 75403-5200 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2025 01:09:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15282200 | + | Email/Text: bncnotifications@pheaa.org | Sep 26 2025 00:39:00 | Aes/PNC National City, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15282199 | + | Email/Text: bncnotifications@pheaa.org | Sep 26 2025 00:39:00 | Aes/pheaafrn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15286347 | | Email/Text: ally@ebn.phinsolutions.com | Sep 26 2025 00:39:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15282201 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 26 2025 00:39:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15298304 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2025 01:08:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15282202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2025 00:27:44 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15282203 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 26 2025 00:39:00 | Comenitycb/dntfirst, PO Box 182120, Columbus, OH 43218-2120 |
| 15282204 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2025 00:26:33 | Credit One Bank Na, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15282205 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 26 2025 00:40:00 | Dept Of Ed/582/nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15282206 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 26 2025 00:40:00 | Dpednelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15282210 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2025 00:27:36 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15284675 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2025 00:26:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15294396 | + | Email/PDF: cbp@omf.com | Sep 26 2025 00:27:37 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15282213 | + | Email/PDF: cbp@omf.com | Sep 26 2025 00:27:33 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15294643 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2025 00:39:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15304727 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2025 00:27:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15282215 | | ^ MEBN | Sep 26 2025 00:16:03 | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 15305161 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2025 00:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15282216 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 00:46:10 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15282217 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 01:32:47 | Syncb/sams Club Dc, PO Box 965005, Orlando, FL 32896-5005 |
| 15282856 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 26 2025 01:07:10 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15282218 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 01:09:30 | Synchrony Bank/Home DSN Outdoor, Po Box 965036, Orlando, FL 32896-5036 |
| 15282219 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 00:26:39 | Synchrony Bank/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 15282220 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 26 2025 00:39:00 | Tbom/atls/fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 15296823 | | Email/Text: BNCnotices@dcmservices.com | Sep 26 2025 00:39:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OneMain Financial Group, LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15305381 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: pdf900 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Kathleen M Rodgers dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Daniel D. Rodgers dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor OneMain Financial Group LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6