Certificate Number: 03088-PAW-DE-040193603

Bankruptcy Case Number: 20-10574



03088-PAW-DE-040193603

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 13, 2025, at 3:57 o'clock PM CDT, Kathleen M Rodgers completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  October 13, 2025

By:  /s/Anita Padilla

Name:  Anita Padilla

Title:  Counselor