Certificate Number: 03088-PAW-DE-040202214

Bankruptcy Case Number: 20-10574



03088-PAW-DE-040202214

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on October 15, 2025, at 3:03 o'clock PM CDT, Daniel D Rodgers completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 15, 2025              By:   /s/Katherine Minnich

                                      Name:   Katherine Minnich

                                      Title:   Counselor