| Fill in this information to identify the case: |
|---|
| Debtor 1    Daniel D. Rodgers |
| Debtor 2    Kathleen M. Rodgers<br>(Spouse, if filing) |
| United States Bankruptcy Court for the: Western District of PA |
| Case number  20-10574 JCM |

## Form 4100R

# Response to Notice of Final Cure Payment                          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:    Mortgage Information

**Name of Creditor:**      PNC BANK, NATIONAL ASSOCIATION          **Court claim no.** (if known):    4

**Last 4 digits** of any number you use to identify the debtor's account:      7108
**Property address:**

321 Home Street
Mercer, PA 16137

### Part 2:    Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the
creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the
creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this            $ _____
response is:

### Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with
§ 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees,
charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a.    Total postpetition ongoing payments due: | (a) | $ 784.62 |
| b.    Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 0.00 |
| c.    **Total.** Add lines a and b. | (c) | $ 784.62 |

Creditor asserts that the debtor(s) are contractually obligated for      08 / 24 / 2025
the postpetition payment(s) that first became due on:

Document ID: 93cdf566595b159dc64d121cff40c5d24b68ad9be6163a307ad20e2fe7b30efb

Debtor(s)    Daniel D. Rodgers and  Kathleen M. Rodgers                    Case Number (if known): 20-10574 JCM
             First Name    Middle Name    Last Name

| Part 4: | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

×/s/                                     Date      10/17/2025

Denise Carlon
17 Oct 2025, 12:25:46, EDT
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Document ID: 93cdf566595b159dc64d121cff40c5d24b68ad9be6163a307ad20e2fe7b30efb

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel D. Rodgers<br>　　　　Kathleen M. Rodgers<br>　　　　　　　　　　　Debtor(s) | **BK NO. 20-10574 JCM**<br><br>**Chapter 13** |
| PNC BANK, NATIONAL<br>ASSOCIATION<br>　　　　　　　　Movant<br><br>　　vs. | **Related to Claim No. 4** |
| Daniel D. Rodgers<br>Kathleen M. Rodgers<br>　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>　　　　　　　　Trustee | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 17, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Daniel D. Rodgers
321 Home Street
Mercer, PA 16137

Kathleen M. Rodgers
321 Home Street
Mercer, PA 16137

<u>Attorney for Debtor(s) (via ECF)</u>
Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: <u>October 17, 2025</u>

**/s/ Denise Carlon**
Denise Carlon Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363215-627-1322
dcarlon@kmllawgroup.com

| Last Updated by | |
|---|---|
| Date Updated | 9/30/2025 |
| Case Number | 20-10574 |
| Filing Date | 8/28/2020 |
| Chapter Filed | 13 |

| Transaction Date | All Funds Received | Post-Petition Amount Received | Post-Petition Payment Suspense Deposit / Disbursements | Debtor Suspense Total | Segment 1 Principal Application | Segment 1 Interest Application | Segment 1 Interest Paid | Segment 1 Principal Balance | Contractual Date Paid | Post Petition Date Paid | MSP Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Beginning Balances** | $0.00 | | | $0.00 | $60,303.65 | | | |
| 1/11/2021 | $1,667.64 | $1,667.64 | $1,667.64 | $1,667.64 | | | $0.00 | $60,303.65 | | | $1,667.64 |
| 1/11/2021 | | | ($481.42) | $1,186.22 | $221.91 | $259.51 | $259.51 | $60,081.74 | 9/24/2020 | 9/24/2020 | $1,186.22 |
| 1/11/2021 | | | ($481.42) | $704.80 | $213.27 | $268.15 | $527.66 | $59,868.47 | 10/24/2020 | 10/24/2020 | $704.80 |
| 1/11/2021 | | | ($481.42) | $223.38 | $213.26 | $268.16 | $795.82 | $59,655.21 | 11/24/2020 | 11/24/2020 | $223.38 |
| 2/8/2021 | $556.52 | $556.52 | $556.52 | $779.90 | | | $795.82 | $59,655.21 | | | $779.90 |
| 2/8/2021 | | | ($481.42) | $298.48 | $230.57 | $250.85 | $1,046.67 | $59,424.64 | 12/24/2020 | 12/24/2020 | $298.48 |
| 3/4/2021 | $794.19 | $794.19 | $794.19 | $1,092.67 | | | $1,046.67 | $59,424.64 | | | $1,092.67 |
| 3/4/2021 | | | ($481.42) | $611.25 | $204.50 | $276.92 | $1,323.59 | $59,220.14 | 1/24/2021 | 1/24/2021 | $611.25 |
| 3/4/2021 | | | ($481.42) | $129.83 | $215.42 | $266.00 | $1,589.59 | $59,004.72 | 2/24/2021 | 2/24/2021 | $129.83 |
| 4/5/2021 | $669.65 | $669.65 | $669.65 | $799.48 | | | $1,589.59 | $59,004.72 | | | $799.48 |
| 4/5/2021 | | | ($481.42) | $318.06 | $242.64 | $238.78 | $1,828.37 | $58,762.08 | 3/24/2021 | 3/24/2021 | $318.06 |
| 5/5/2021 | $461.00 | $461.00 | $461.00 | $779.06 | | | $1,828.37 | $58,762.08 | | | $779.06 |
| 5/5/2021 | | | ($481.42) | $297.64 | $218.56 | $262.86 | $2,091.23 | $58,543.52 | 4/24/2021 | 4/24/2021 | $297.64 |
| 6/11/2021 | $461.00 | $461.00 | $461.00 | $758.64 | | | $2,091.23 | $58,543.52 | | | $758.64 |
| 6/11/2021 | | | ($481.42) | $277.22 | $228.08 | $253.34 | $2,344.57 | $58,315.44 | 5/24/2021 | 5/24/2021 | $277.22 |
| 7/6/2021 | $461.00 | $461.00 | $461.00 | $738.22 | | | $2,344.57 | $58,315.44 | | | $738.22 |
| 7/6/2021 | | | ($481.42) | $256.80 | $228.80 | $252.62 | $2,597.19 | $58,086.64 | 6/24/2021 | 6/24/2021 | $256.80 |
| 8/4/2021 | $461.00 | $461.00 | $461.00 | $717.80 | | | $2,597.19 | $58,086.64 | | | $717.80 |
| 8/4/2021 | | | ($481.42) | $236.38 | $221.32 | $260.10 | $2,857.29 | $57,865.32 | 7/24/2021 | 7/24/2021 | $236.38 |
| 9/8/2021 | $461.00 | $461.00 | $461.00 | $697.38 | | | $2,857.29 | $57,865.32 | | | $697.38 |
| 9/8/2021 | | | ($481.42) | $215.96 | $222.67 | $258.75 | $3,116.04 | $57,642.65 | 8/24/2021 | 8/24/2021 | $215.96 |
| 10/5/2021 | $461.00 | $461.00 | $461.00 | $676.96 | | | $3,116.04 | $57,642.65 | | | $676.96 |
| 11/9/2021 | | | ($481.42) | $195.54 | $240.05 | $241.37 | $3,357.41 | $57,402.60 | 9/24/2021 | 9/24/2021 | $195.54 |
| 11/9/2021 | $461.00 | $461.00 | $461.00 | $656.54 | | | $3,357.41 | $57,402.60 | | | $656.54 |
| 12/14/2021 | | | ($481.42) | $175.12 | $216.38 | $265.04 | $3,622.45 | $57,186.22 | 10/24/2021 | 10/24/2021 | $175.12 |
| 12/14/2021 | $461.00 | $461.00 | $461.00 | $636.12 | | | $3,622.45 | $57,186.22 | | | $636.12 |
| 12/14/2021 | | | ($481.42) | $154.70 | $225.47 | $255.95 | $3,878.40 | $56,960.75 | 11/24/2021 | 11/24/2021 | $154.70 |

| Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/2022 | $461.00 | $461.00 | $461.00 | $615.70 | $251.11 | $230.31 | $3,878.40 | $56,960.75 | 12/24/2021 | 12/24/2021 | $615.70 |
| 1/7/2022 | | $461.00 | ($481.42) | $134.28 | | | $4,108.71 | $56,709.64 | | | $134.28 |
| 2/7/2022 | $461.00 | $461.00 | $461.00 | $595.28 | $211.05 | $270.37 | $4,108.71 | $56,709.64 | 1/24/2022 | 1/24/2022 | $595.28 |
| 2/7/2022 | | $461.00 | ($481.42) | $113.86 | | | $4,379.08 | $56,498.59 | | | $113.86 |
| 3/7/2022 | $461.00 | $461.00 | $461.00 | $574.86 | $236.72 | $244.70 | $4,379.08 | $56,498.59 | 2/24/2022 | 2/24/2022 | $574.86 |
| 3/7/2022 | | $461.00 | ($481.42) | $93.44 | | | $4,623.78 | $56,261.87 | | | $93.44 |
| 4/1/2022 | $461.00 | $461.00 | $461.00 | $554.44 | $253.88 | $227.54 | $4,623.78 | $56,261.87 | 3/24/2022 | 3/24/2022 | $554.44 |
| 4/1/2022 | | $461.00 | ($481.42) | $73.02 | | | $4,851.32 | $56,007.99 | | | $73.02 |
| 5/5/2022 | $461.00 | $461.00 | $461.00 | $534.02 | $222.79 | $258.63 | $4,851.32 | $56,007.99 | 4/24/2022 | 4/24/2022 | $534.02 |
| 5/5/2022 | | $461.00 | ($481.42) | $52.60 | | | $5,109.95 | $55,785.20 | | | $52.60 |
| 6/7/2022 | $461.00 | $461.00 | $461.00 | $513.60 | $239.87 | $241.55 | $5,109.95 | $55,785.20 | 5/24/2022 | 5/24/2022 | $513.60 |
| 6/7/2022 | | $461.00 | ($481.42) | $32.18 | | | $5,351.50 | $55,545.33 | | | $32.18 |
| 7/7/2022 | $461.00 | $461.00 | $461.00 | $493.18 | $248.73 | $232.69 | $5,351.50 | $55,545.33 | 6/24/2022 | 6/24/2022 | $493.18 |
| 7/7/2022 | | $461.00 | ($481.42) | $11.76 | | | $5,584.19 | $55,296.60 | | | $11.76 |
| 8/3/2022 | $461.00 | $461.00 | $461.00 | $472.76 | | | $5,584.19 | $55,296.60 | | | $472.76 |
| 8/30/2022 | $461.00 | $461.00 | $461.00 | $933.76 | $225.76 | $255.66 | $5,839.85 | $55,070.84 | 7/24/2022 | 7/24/2022 | $933.76 |
| 8/30/2022 | | $461.00 | ($481.42) | $452.34 | | | $5,839.85 | $55,070.84 | | | $452.34 |
| 10/5/2022 | $461.00 | $461.00 | $461.00 | $913.34 | $234.85 | $246.57 | $6,086.42 | $54,835.99 | 8/24/2022 | 8/24/2022 | $913.34 |
| 10/5/2022 | | $461.00 | ($481.42) | $431.92 | | | $6,086.42 | $54,835.99 | | | $431.92 |
| 10/31/2022 | $461.00 | $461.00 | $461.00 | $892.92 | $258.98 | $222.44 | $6,308.86 | $54,577.01 | 9/24/2022 | 9/24/2022 | $892.92 |
| 10/31/2022 | | $461.00 | ($481.42) | $411.50 | | | $6,308.86 | $54,577.01 | | | $411.50 |
| 11/29/2022 | $461.00 | $461.00 | $461.00 | $872.50 | $220.12 | $261.30 | $6,570.16 | $54,356.89 | 10/24/2022 | 10/24/2022 | $872.50 |
| 11/29/2022 | | $461.00 | ($481.42) | $391.08 | | | $6,570.16 | $54,356.89 | | | $391.08 |
| 12/30/2022 | $461.00 | $461.00 | $461.00 | $852.08 | $245.09 | $236.33 | $6,806.49 | $54,111.80 | 11/24/2022 | 11/24/2022 | $852.08 |
| 12/30/2022 | | $461.00 | ($481.42) | $370.66 | | | $6,806.49 | $54,111.80 | | | $370.66 |
| 2/1/2023 | $461.00 | $461.00 | $461.00 | $831.66 | $238.32 | $243.10 | $7,049.59 | $53,873.48 | 12/24/2022 | 12/24/2022 | $831.66 |
| 2/1/2023 | | $461.00 | ($481.42) | $350.24 | | | $7,049.59 | $53,873.48 | | | $350.24 |
| 3/2/2023 | $461.00 | $461.00 | $461.00 | $811.24 | $239.39 | $242.03 | $7,291.62 | $53,634.09 | 1/24/2023 | 1/24/2023 | $811.24 |
| 3/2/2023 | | $461.00 | ($481.42) | $329.82 | | | $7,291.62 | $53,634.09 | | | $329.82 |
| 4/5/2023 | $461.00 | $461.00 | $461.00 | $790.82 | $255.89 | $225.53 | $7,517.15 | $53,378.20 | 2/24/2023 | 2/24/2023 | $790.82 |
| 4/5/2023 | | $461.00 | ($481.42) | $309.40 | | | $7,517.15 | $53,378.20 | | | $309.40 |
| 5/3/2023 | $461.00 | $461.00 | $461.00 | $770.40 | $264.62 | $216.80 | $7,733.95 | $53,113.58 | 3/24/2023 | 3/24/2023 | $770.40 |
| 5/3/2023 | | $461.00 | ($481.42) | $288.98 | | | $7,733.95 | $53,113.58 | | | $288.98 |
| 6/5/2023 | $461.00 | $461.00 | $461.00 | $749.98 | | | | | | | $749.98 |

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/2023 | | ($481.42) | $268.56 | $226.95 | $254.47 | $7,988.42 | $52,886.63 | 4/24/2023 | 4/24/2023 | $268.56 |
| 7/5/2023 | $461.00 | $461.00 | $729.56 | | | $7,988.42 | $52,886.63 | | | $729.56 |
| 7/5/2023 | | ($481.42) | $248.14 | $251.39 | $230.03 | $8,218.45 | $52,635.24 | 5/24/2023 | 5/24/2023 | $248.14 |
| 8/4/2023 | $461.00 | $461.00 | $709.14 | | | $8,218.45 | $52,635.24 | | | $709.14 |
| 8/4/2023 | | ($481.42) | $227.72 | $244.82 | $236.60 | $8,455.05 | $52,390.42 | 6/24/2023 | 6/24/2023 | $227.72 |
| 8/30/2023 | $461.00 | $461.00 | $688.72 | | | $8,455.05 | $52,390.42 | | | $688.72 |
| 8/30/2023 | | ($481.42) | $207.30 | $253.50 | $227.92 | $8,682.97 | $52,136.92 | 7/24/2023 | 7/24/2023 | $207.30 |
| 10/3/2023 | $461.00 | $461.00 | $668.30 | | | $8,682.97 | $52,136.92 | | | $668.30 |
| 10/3/2023 | | ($481.42) | $186.88 | $254.47 | $226.95 | $8,909.92 | $51,882.45 | 8/24/2023 | 8/24/2023 | $186.88 |
| 11/3/2023 | $461.00 | $461.00 | $647.88 | | | $8,909.92 | $51,882.45 | | | $647.88 |
| 11/3/2023 | | ($481.42) | $166.46 | $240.60 | $240.82 | $9,150.74 | $51,641.85 | 9/24/2023 | 9/24/2023 | $166.46 |
| 12/6/2023 | $461.00 | $461.00 | $627.46 | | | $9,150.74 | $51,641.85 | | | $627.46 |
| 12/6/2023 | | ($481.42) | $146.04 | $256.74 | $224.68 | $9,375.42 | $51,385.11 | 10/24/2023 | 10/24/2023 | $146.04 |
| 1/3/2024 | $461.00 | $461.00 | $607.04 | | | $9,375.42 | $51,385.11 | | | $607.04 |
| 1/3/2024 | | ($481.42) | $125.62 | $265.17 | $216.25 | $9,591.67 | $51,119.94 | 11/24/2023 | 11/24/2023 | $125.62 |
| 2/5/2024 | $461.00 | $461.00 | $586.62 | | | $9,591.67 | $51,119.94 | | | $586.62 |
| 2/5/2024 | | ($481.42) | $105.20 | $243.73 | $237.69 | $9,829.36 | $50,876.21 | 12/24/2023 | 12/24/2023 | $105.20 |
| 3/5/2024 | $461.00 | $461.00 | $566.20 | | | $9,829.36 | $50,876.21 | | | $566.20 |
| 3/5/2024 | | ($481.42) | $84.78 | $252.78 | $228.64 | $10,058.00 | $50,623.43 | 1/24/2024 | 1/24/2024 | $84.78 |
| 4/3/2024 | $461.00 | $461.00 | $545.78 | | | $10,058.00 | $50,623.43 | | | $545.78 |
| 4/3/2024 | | ($481.42) | $64.36 | $254.35 | $227.07 | $10,285.07 | $50,369.08 | 2/24/2024 | 2/24/2024 | $64.36 |
| 5/1/2024 | $461.00 | $461.00 | $525.36 | | | $10,285.07 | $50,369.08 | | | $525.36 |
| 5/1/2024 | | ($481.42) | $43.94 | $270.00 | $211.42 | $10,496.49 | $50,099.08 | 3/24/2024 | 3/24/2024 | $43.94 |
| 6/6/2024 | $461.00 | $461.00 | $504.94 | | | $10,496.49 | $50,099.08 | | | $504.94 |
| 6/6/2024 | | ($481.42) | $23.52 | $256.60 | $224.82 | $10,721.31 | $49,842.48 | 4/24/2024 | 4/24/2024 | $23.52 |
| 7/8/2024 | $461.00 | $461.00 | $484.52 | | | $10,721.31 | $49,842.48 | | | $484.52 |
| 7/8/2024 | | ($481.42) | $3.10 | $279.32 | $202.10 | $10,923.41 | $49,563.16 | 5/24/2024 | 5/24/2024 | $3.10 |
| 8/5/2024 | $461.00 | $461.00 | $464.10 | | | $10,923.41 | $49,563.16 | | | $464.10 |
| 9/4/2024 | | ($481.42) | $925.10 | $244.27 | $237.15 | $10,923.41 | $49,563.16 | 6/24/2024 | 6/24/2024 | $925.10 |
| 9/4/2024 | $461.00 | $461.00 | $443.68 | | | $11,160.56 | $49,318.89 | | | $443.68 |
| 10/2/2024 | | ($481.42) | $904.68 | $266.93 | $214.49 | $11,160.56 | $49,318.89 | 7/24/2024 | 7/24/2024 | $904.68 |
| 10/2/2024 | $461.00 | $461.00 | $423.26 | | | $11,375.05 | $49,051.96 | | | $423.26 |
| 10/31/2024 | | ($481.42) | $884.26 | $261.03 | $220.39 | $11,375.05 | $49,051.96 | 8/24/2024 | 8/24/2024 | $884.26 |
| 10/31/2024 | $461.00 | $461.00 | $402.84 | | | $11,595.44 | $48,790.93 | | | $402.84 |

| 12/12/2024 | $461.00 | $461.00 | $461.00 | $863.84 | | | $11,595.44 | $48,790.93 | | | $863.84 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2024 | | $461.00 | ($481.42) | $382.42 | $261.34 | $220.08 | $11,815.52 | $48,529.59 | 9/24/2024 | 9/24/2024 | $382.42 |
| 1/6/2025 | $461.00 | $461.00 | $461.00 | $843.42 | | | $11,815.52 | $48,529.59 | | | $843.42 |
| 1/6/2025 | | $461.00 | ($481.42) | $362.00 | $276.57 | $204.85 | $12,020.37 | $48,253.02 | 10/24/2024 | 10/24/2024 | $362.00 |
| 2/5/2025 | $461.00 | $461.00 | $461.00 | $823.00 | | | $12,020.37 | $48,253.02 | | | $823.00 |
| 2/5/2025 | | $461.00 | ($481.42) | $341.58 | $256.60 | $224.82 | $12,245.19 | $47,996.42 | 11/24/2024 | 11/24/2024 | $341.58 |
| 3/18/2025 | $461.00 | $461.00 | ($20.42) | $321.16 | $271.46 | $209.96 | $12,455.15 | $47,724.96 | 12/24/2024 | 12/24/2024 | $321.16 |
| 4/3/2025 | $461.00 | $461.00 | ($20.42) | $300.74 | $279.33 | $202.09 | $12,657.24 | $47,445.63 | 1/24/2025 | 1/24/2025 | $300.74 |
| 5/6/2025 | $461.00 | $461.00 | ($20.42) | $280.32 | $252.50 | $228.92 | $12,886.16 | $47,193.13 | 2/24/2025 | 2/24/2025 | $280.32 |
| 6/4/2025 | $461.00 | $461.00 | ($20.42) | $259.90 | $288.12 | $193.30 | $13,079.46 | $46,905.01 | 3/24/2025 | 3/24/2025 | $259.90 |
| 7/8/2025 | $461.00 | $461.00 | ($20.42) | $239.48 | $275.38 | $206.04 | $13,285.50 | $46,629.63 | 4/24/2025 | 4/24/2025 | $239.48 |
| 7/29/2025 | $440.58 | $440.58 | ($40.84) | $198.64 | $269.86 | $211.56 | $13,497.06 | $46,359.77 | 5/24/2025 | 5/24/2025 | $198.64 |
| 7/29/2025 | $481.42 | $481.42 | | $198.64 | $271.27 | $210.15 | $13,707.21 | $46,088.50 | 6/24/2025 | 6/24/2025 | $198.64 |
| 9/10/2025 | $461.00 | $461.00 | ($20.42) | $178.22 | $292.52 | $188.90 | $13,896.11 | $45,795.98 | 7/24/2025 | 7/24/2025 | $178.22 |