**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Daniel D. Rodgers** <br> **Kathleen M. Rodgers** <br> **Debtor(s)** <br><br> **PNC BANK, NATIONAL ASSOCIATION** <br> **Movant** <br><br> vs. <br><br> **Daniel D. Rodgers** <br> **Kathleen M. Rodgers** <br> **Debtor(s)** <br><br> **Ronda J. Winnecour**, <br> **Trustee** | **BK NO. 20-10574 JCM** <br><br> **Chapter 13** <br><br> **Related to Claim No. 4** |

## CERTIFICATE OF SERVICE
## ORDER SCHEDULING DATE FOR RESPONSE AND HEARING ON MOTION

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 24, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Daniel D. Rodgers
321 Home Street
Mercer, PA 16137

Kathleen M. Rodgers
321 Home Street
Mercer, PA 16137

<u>Attorney for Debtor(s) (via ECF)</u>
Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail

Dated: <u>October 24, 2025</u>

<u>**/s/ Denise Carlon**</u>
Denise Carlon Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363215-627-1322
dcarlon@kmllawgroup.com

Form 300

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Daniel D. Rodgers** <br> **Kathleen M Rodgers** <br> *Debtor(s)* | : <br> : <br> : <br> : | Case No. 20–10574–JCM <br> Chapter: 13 |
| PNC Bank, National Association <br> *Movant(s),* | : <br> : <br> : <br> : | Related to Document No. 62 |
| v. <br> Ronda J. Winnecour, Esq. <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : | Hearing: 12/2/25 at 09:30 AM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this *The 21st of October, 2025*, a *Response to Notice of Final Cure Mortgage Payment* having been filed by PNC Bank, National Association at Doc. No. 62,

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. *Counsel* for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

   (2) **On or before November 7, 2025,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

   (3) This *Motion* is scheduled for hearing on ***December 2, 2025*** at ***09:30 AM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 , at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

   (4) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at http://www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

   (5) A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**. The Court may authorize parties or counsel of record to participate in the hearing by telephone per Judge John C Melaragno's procedures on his website at http://www.pawb.uscourts.gov/procedures–3.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: Denise Carlon, Esq.

# Notice Recipients

District/Off: 0315−1   User: auto   Date Created: 10/21/2025
Case: 20−10574−JCM   Form ID: 300   Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Denise Carlon   dcarlon@kmllawgroup.com

TOTAL: 1