# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DANIEL D. RODGERS<br>KATHLEEN M RODGERS<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>vs.<br>No Repondents. | Case No.:20-10574<br><br>Chapter 13<br><br>Document No.: 53 |

### ORDER OF COURT

AND NOW, this ___17th___ day of ___November___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
11/17/25 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge  jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10574-JCM |
| Daniel D. Rodgers | Chapter 13 |
| Kathleen M Rodgers | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 17, 2025 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel D. Rodgers, Kathleen M Rodgers, 321 Home Street, Mercer, PA 16137-1311 |
| 15307696 | | Capital One N.A., Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15282207 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15282208 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15282209 | + | Hermitage Dermatology, 2501 Shenango Valley Freeway #1, Hermitage, PA 16148-2536 |
| 15282211 | ++++ | MERCER COUNTY TAX CLAIM BUREAU, 125 S DIAMOND ST STE 3, MERCER PA 16137-1220 address filed with court:, Mercer County Tax Claim Bureau, 3 Courthouse, Mercer, PA 16137 |
| 15282212 | + | Odhstrmbul, 106 High Street, NW, Warren, OH 44481-1071 |
| 15282214 | + | PNC Bank, P.O.Box 6534, Carol Stream, IL 60197-6534 |
| 15282221 | + | US Department of Education, PO Box 5200, Greenville, TX 75403-5200 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2025 00:25:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15282200 | + | Email/Text: bncnotifications@pheaa.org | Nov 18 2025 00:17:00 | Aes/PNC National City, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15282199 | + | Email/Text: bncnotifications@pheaa.org | Nov 18 2025 00:17:00 | Aes/pheaafrn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15286347 | | Email/Text: ally@ebn.phinsolutions.com | Nov 18 2025 00:16:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15282201 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 18 2025 00:16:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15298304 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2025 00:25:59 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15282202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2025 00:36:30 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15282203 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2025 00:17:00 | Comenitycb/dntfirst, PO Box 182120, Columbus, OH 43218-2120 |
| 15282204 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2025 00:25:19 | Credit One Bank Na, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15282205 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 18 2025 00:17:00 | Dept Of Ed/582/nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15282206 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

Case 20-10574-JCM   Doc 70   Filed 11/19/25   Entered 11/20/25 00:33:49   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 18 2025 00:17:00 | Dpednelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15282210 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Nov 18 2025 00:24:28 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15284675 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 18 2025 00:26:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15294396 | + | Email/PDF: cbp@omf.com | | |
| | | | Nov 18 2025 00:37:58 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 15282213 | + | Email/PDF: cbp@omf.com | | |
| | | | Nov 18 2025 00:25:55 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15294643 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Nov 18 2025 00:16:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15304727 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 18 2025 00:25:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15282215 | ^ | MEBN | | |
| | | | Nov 18 2025 00:09:26 | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 15305161 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 18 2025 00:17:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15282216 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 18 2025 00:36:59 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15282217 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 18 2025 00:25:46 | Syncb/sams Club Dc, PO Box 965005, Orlando, FL 32896-5005 |
| 15282856 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Nov 18 2025 00:25:19 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15282218 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 18 2025 00:24:19 | Synchrony Bank/Home DSN Outdoor, Po Box 965036, Orlando, FL 32896-5036 |
| 15282219 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 18 2025 00:36:26 | Synchrony Bank/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 15282220 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Nov 18 2025 00:17:00 | Tbom/atls/fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 15296823 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Nov 18 2025 00:17:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OneMain Financial Group, LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15305381 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 17, 2025 | Form ID: pdf900 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Kathleen M Rodgers dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Daniel D. Rodgers dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor OneMain Financial Group LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6