| Fill in this information to identify the case: |
|---|
| Debtor 1    Daniel D. Rodgers |
| Debtor 2    Kathleen M. Rodgers (Spouse, if filing) |
| United States Bankruptcy Court for the: Western District of PA |
| Case number   20-10574 JCM |

Form 4100R

# AMENDED Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** PNC BANK, NATIONAL ASSOCIATION    **Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 7108

**Property address:**
321 Home Street
Mercer, PA 16137

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a)    $ 0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b)    $ 0.00

c. **Total.** Add lines a and b.    (c)    $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for    01 / 24 / 2026
the postpetition payment(s) that first became due on:

| Debtor(s) | Daniel D. Rodgers and Kathleen M. Rodgers | Case Number *(if known)*: 20-10574 JCM |
|---|---|---|
| | First Name    Middle Name         Last Name | |

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/    *Denise Carlon*                    Date    01/19/2026

Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Daniel D. Rodgers**<br>**Kathleen M. Rodgers**<br>           **Debtor(s)** | **BK NO. 20-10574 JCM**<br><br>**Chapter 13** |
| **PNC BANK, NATIONAL ASSOCIATION**<br>           **Movant**<br>    **vs.**<br><br>**Daniel D. Rodgers**<br>**Kathleen M. Rodgers**<br>           **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>           **Trustee** | **Related to Claim No. 4** |

## CERTIFICATE OF SERVICE
## AMENDED RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 20, 2026, I served the above captioned pleading , filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Daniel D. Rodgers
321 Home Street
Mercer, PA 16137

Kathleen M. Rodgers
321 Home Street
Mercer, PA 16137

Attorney for Debtor(s) (via ECF)
Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: January 20, 2026

                                                                **/s/ Denise Carlon**
                                                                Denise Carlon Esquire
                                                                Attorney I.D. 317226
                                                                KML Law Group, P.C.
                                                                BNY Mellon Independence Center
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA 19106
                                                                201-549-2363215-627-1322
                                                                dcarlon@kmllawgroup.com